NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**COLLABORATIVE AGREEMENTS, LLC, DBA OUI AGREE,**
*Plaintiff-Appellant*

**v.**

**ADOBE SYSTEMS INCORPORATED,**
*Defendant-Appellee*

**CITRIX SYSTEMS, INC., TIVO, INC., TIME WARNER CABLE INC., TIME WARNER CABLE ENTERPRISES LLC, TIME WARNER CABLE TEXAS LLC, TIME WARNER CABLE INFORMATION SYSTEMS (TEXAS) LLC, TIME WARNER CABLE INFORMATION SERVICES (TEXAS) LLC,**
*Defendants*

---

2016-2560

---

Appeal from the United States District Court for the Northern District of California in No. 3:15-cv-03853-EMC, Judge Edward M. Chen.

---

**JUDGMENT**

---

CHRISTIAN JOHN HURT, Nix Patterson & Roach LLP, Dallas, TX, argued for plaintiff-appellant. Also represented by DEREK TOD GILLILAND, Daingerfield, TX.

CRAIG E. COUNTRYMAN, Fish & Richardson, PC, San Diego, CA, argued for defendant-appellee. Also represented by JASON W. WOLFF; FRANK SCHERKENBACH, Boston, MA; LEAH A. EDELMAN, Washington, DC; NEIL WARREN, Redwood City, CA.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, REYNA, and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| August 25, 2017 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |